**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1628**

_____

JASMINE E. GOLDEN,

        Plaintiff - Appellant,

    v.

NORTH CAROLINA AGRICULTURAL AND TECHNICAL STATE UNIVERSITY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:23-cv-00381-TDS-LPA)

_____

Submitted:  September 12, 2024             Decided:  September 16, 2024

_____

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Jasmine E. Golden, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasmine E. Golden seeks to appeal the district court's order denying her post-judgment motion for additional time to object to the magistrate judge's recommendation. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on May 16, 2024, and the appeal period expired on June 17, 2024. Golden filed the notice of appeal on July 8, 2024. Because Golden failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2